Donald Fazel   Reg # 34996-080
_____
Name and Prisoner/Booking Number

Yankton FPC
_____
Place of Confinement

PO BOX 700
_____
Mailing Address

Yankton, SD   57078
_____
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
_Southern_ DIVISION

Donald O. Fazel
_____,
(Full Name of Plaintiff)

Plaintiff,

vs.

Dr. Boyd, M.D.
_____,

Carla Steppat, Nurse CNP
_____,

Sasha Labrenz, FPC Yankton Unit Manager ,

K. Bennett,  Warden FPC Yankton
_____,
(Full Name of Each Defendant)

Defendants.

Case No. 21-4219
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER
**EMERGENCY (health) EXPEDITED**
**CONSIDERATION  REQUESTED**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

---

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; _Bivens v. Six Unknown Federal Narcotics Agents_, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff:  Donald O. Fazel
   Present mailing address:  P.O. Box  700 Yankton SD 57078
   **(Failure to notify the Court of any change of address may result in dismissal of this action.)**

   Institution/city where violation occurred:  Yankton FPC, Yankton SD 57078

---

DSD 01-11

**CIVIL RIGHTS COMPLAINT**

Page 1 of 7

_page 1 of 8_

3. Name of first Defendant: Carla Steppat Nurse____ . The first Defendant is employed as: Nurse Practicianer for BOP____ at __FPC Yankton_____ .
   (Position and Title)                              (Institution)

   This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)

   Explain how this Defendant was acting under color of law: __Steppat acted under the color of the law by her negligence and denying me any pain medication during excrutiating pain, after surgery, she was negligent for not filing any documentation re: urine samples. continued on seperate page see Defendant Steppat.

4. Name of second Defendant: Sasha Labrenz_____ . The second Defendant is employed as: BOP Unit Manager_____ at __FPC Yankton_____ .
   (Position and Title)                              (Institution)

   This Defendant is sued in his/her: ☒ individual capacity  ☒ official capacity (check one or both)

   Explain how this Defendant was acting under color of law: __Labrenz acted under the color of the law: by her negligence for retaliation, malicious and vindictiveness, irresponsible for her duties as a unit manager and for the safety of an inmate. continued seperate page (see Labrenz)

5. Name of third Defendant: __Warden K. Bennett____ . The third Defendant is employed as:
   __Warden FPC BOP Yankton_____ at __FPC Yankton_____ .
   (Position and Title)                              (Institution)

   This Defendant is sued in his/her: ☒ individual capacity  ☒ official capacity (check one or both)

   Explain how this Defendant was acting under color of law: __Bennett was acting under the color of the law by: her negligence for ignoring her responsibilities for the safety of an inmate, My health circumstances, My complaints were ignored and she failed her supervisory role and duties to monitor staff and management and ignoring the retaliation by staff against an inmate and addressing inmate rights.

6. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
   _____ at _____ .
   (Position and Title)                              (Institution)

   This Defendant is sued in his/her: ☐ individual capacity  ☐ official capacity (check one or both)

   Explain how this Defendant was acting under color of law: _____
   _____

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes   ☐ No

2. If your answer is "yes," how many lawsuits have you filed? _____ . Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____

continued from page2   defendants   negligence:

#3. Carla Steppat: Negligence  for not allowing me to speak to a BOP Doctor,
   Negligent for recommending Ibeprophen for pain, which caused the Bladder
   to bleed significantly. Negligent for approving my transer, moving, and liftin and
   pushing a  200 lb cart to another dorm after being assigned and restricted to
   bed rest.  And negligent for her retaliation against me.

#4  Sasha Labrenz (Unit Manager) Labrenz for her negligence for threatening me
   with incident reports if I did not move to another dorm during bed rest
   restriction.

#5.  Warden K.  Bennett: For her lack of managing the facility properly and
   having proper supervision over staff, holding staff accountable for improper
   behavior.

Defendants: Lompoc Warden :   J. Engelman

_____

b.  Court: (If federal court, identify the district; if state court, identify the county.) _____
    __U.S. District Court of California_____
c.  Case or docket number:   221-cv-04761-JWH-Sp_____
d.  Claims raised: Prea_____

    _____

e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?
    Case was dismissed due to $5.00 fee that was not paid._____

f.  Approximate date lawsuit was filed: _May 2021_____
g.  Approximate date of disposition: ____August 30th 2021_____


4.  Second prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

    c.  Case or docket number: _____
    d.  Claims raised: _____

        _____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f.  Approximate date lawsuit was filed: _____
    g.  Approximate date of disposition: _____


5.  Third prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

    c.  Case or docket number: _____
    d.  Claims raised: _____

        _____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f.  Approximate date lawsuit was filed: _____
    g.  Approximate date of disposition: _____

---

DSD 01-11

CIVIL RIGHTS COMPLAINT

Page 3 of 7

Pg 3 OF 8

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
(Dr.Boyd)(Medical Care): Dr.Boyd was negligent for denying me medical treatment after a number of my complaints of Bladder Pain; feeling like I was being sliced in half. Dr. Boyd took 6 months to send me out to see a Specialist. By this time(cont.)

2. Count I involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)  ☑ Medical care  ☐ Access to the court  ☐ Mail
☐ Disciplinary proceedings  ☐ Retaliation  ☐ Exercise of religion  ☐ Property
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

cont. from above: my bladder had cease to function, and I was simply prescribed ibeprophen for pain. This was incorrect to prescribe for a Bladder problem that was causing significant bleeding. Medical staff was negligent for prescribing: Tamsullosin Prostate Medication and Terazosin incorrectly for months and which should not have ever been prescribed due to the fact they adversely interact with one another. (see exhibit A1-2-3and 4. This mis-prescribed medication caused significant Bladder Damage. Boyd removed me from the medication after 2&3 months too late. Boyd was negligent for falsifying medical records by removing the Terazosin documention from all medical records as if they were never prescribed. (see exhibit B2-B3). Boyd continued to add into the medical records, false information that the patient was getting better; when in fact I was getting worse, and that I was continuing to complain. My Bladder at this point felt like someone was slicing me in half; at this point I continued to send emails to the medical staff complaining. ( I will be attaching these emails as soon as I receive them from medical records.) The emails reflected from November of 2020 the excruciating pain I continued to endure. (continued on seperate page(see Count 1-Boyd)

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
Bladder Function ceased, required two surgeries, waiting on a 3rd surgery. My Bladder had over 1700ML of significantly old urine.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

Continued: C.   Cause of Action Count 1....Boyd

Boyd was negligent  for taking to many  prostate test that were totally
unnecessary. ( he was alternating during the exam with one finger then using
two fingers for the rectum exam).   This has never been done to me before.

## COUNT II

1.  The following constitutional or other federal right has been violated by the Defendant(s): _____

**Ms. Carla Steppat (Nurse CPN)(Medical Care): On September 15th 2021,**
**I was sent outside of the facility to see a Urology Specialist, Dr. Founier;**
**Continued :**

2.  Count II involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)   ☒ Medical care   ☐ Access to the court   ☐ Mail
    ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
    ☑ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

    **Dr, Founier performed a Metaboilinogen and Autrosound, he discovered my**
    **bladder was 3 times the normal size with 2000 ML or more of urine inside,**
    **which is 3 times to 4 times the normal amount. He informed me that he would**
    **have to do an emergency surgery before the Bladder would burst. He performed**
    **the surgery and sfter the suregery, Dr. Founier removed 1700 ML of old urine.**
    **The Bladder had stopped functioning, causing my bladder to fill up and only**
    **release small amounts. The Dr. had to insert a catheter to allow me to urinate**
    **which was a size 16. He (Dr.Founier) informed me that if I experienced**
    **any Major Pain in the tip of the genital area and bleeding when the numus**
    **wears off, to please contact the facility doctor because the catheter may**
    **be a problem and may need to be switched out. When I returned to the FPC**
    **compund, I met with Nurse Steppat, she asked how I was feeling and I stated**
    **a little in pain, she then stated that was to be expected and normal. She**
    **indicated I needed to go pickup a meal and I can go to programming or work**
    **after count. I told her I am not going to work or programming today, I just**
    **had a catheter inserted in me, she then stated people wear them all the time,**
    **just stay off duty for the rest of the day and return tomorrow. continued....**

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    **Bladder DAmage required 2-3 surgeries , mental health breakdown, and**

    **Bladder had 1700 ML of old urine removed.**

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count II?   ☑ Yes   ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?   ☑ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

Count II : Defendant Nurse Carla Steppat CPN

Continued from page 5:

That night after the numbnous wore off, the level of pain I experienced was excruciating and like I had never experienced before.  It felt like pieces of glass was sticking inside of my genital area.  Immediately I contacted the medical nurse Carla Steppat by email to inform her I was in a lot of pain. (see exhibit D-1,2,3)) I had a size 16 catheter inserted in me that that was way to big and the doctor told me that if that was a problem which it was, to inform the facility Doctor so that he could set me up to come back to the Clinic (Hosp.) Dr. Founier) to switch it out.  I begged and pleaded with Nurse Steppat, requesting to see a Doctor.  I was informing her that I was in major pain and I was bleeding in my urine. (Sept. 16th 2021).  I was denied any pain medication and told to go to commissary to get tylenol.

I then informed her I did not have but $1.50 in my account and she offered 3 days of Tylenol and denied me to see the facility doctor..  This forced me to wait 30 days until my next scheduled doctor visit to see Dr. Founier. I waited 4 days to get the tylenol from Nurse Steppat after this.  When I returned to see Dr. Founier, I informed him of the pain I had been in for the last 30 days, he asked me why I did not speak to the facility doctor, to request to have my catheter changed, I also informed the doctor I made that request the next day as he instructed me after the catheter was inserted; but ws refused by Nurse Steppat to see the facility doctor and was denied for the entire last 30 days.

Dr. Founier was disappointed of the facility medical staff and service to the inmates.  I then proceeded to file a number of Sensitive Administrative Remedies and letters to the Regional office (see exhibit E-1,2,3,4,5,) and the Central Office in Washington D.C.; the Medical Director (See exhibit F-1), the DOJ Civil Rights Div. (see exhibit G1,2,3,); Pleading for HELP. I have found the staff nurses discriminate against people of color, they have BOP officers medically evaluate genitals of Black inmates, with using gloves to prevent white nurses to evaluate people of color and their private parts which is a violation of the HIPA Law, exposing my confidential medical condition to an officer or 3rd party that is non-licensed medical professional.

I have been retaliated by Nurse Steppat , denying me the rights to speak to facility doctors while badly bleeding, falsifying urine samples, forcing me to program and work while on medical idle, threatening to write me up, denying me pain medication and refusing to evaluate my medical condition with a male nurse or other nurses instead of an officer.

On 12/08/2021 Yankton FPC medical posted on the Trulincs Computer system for URGENT MATTERS, send electronic email to medical and they will respond in 2-3 days. (see exhibit H,1)...I sent electronic emails 11/17/21, regarding blood in my urine and bleeding around the genital area.  I received the response 11/25/21

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   **Ms. Sasha Labrenz, Unit Manager BOP/FPC Yankton**
   _____

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)  ☐ Medical care    ☐ Access to the court  ☐ Mail
   ☐ Disciplinary proceedings  ☒ Retaliation    ☐ Exercise of religion  ☐ Property
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   On November 16th 2021 Unit Manager; Sasha Labrenz placed me on a moving list to be moved out of her dorm(Durand)unit into the Lloyd unit 4 days after returning to me my sensitive BP-10 Complaint that I filed to the Regional Office regarding the Medical Departments misconduct and malpractice. I went to Ms. Labrenz and informed her that I could not do any moving in the condition that I was in and that a **"catheter" was** inserted in my abdomen. Her immediate response was that she knew this and had spoken to medical, and that they had given her autorization to move me and to do the lifting and labor. I repeated to her I was in pain and that I was in no shape to lift all my property and push a 300 lb cart across the compound a 1/4 mile to the Lloyd dorm. Labrenz then stated that I needed to move by 8:00am the next day or she would write an incident report against me. I commenced tospend the next 4 hours packing my personal property, loaded it on a cart and pushed it in pain with the catheter hanging out of my abdomena a 1/4 mile to the Lloyd unit; at the same time I viewed a BOP truck loading property for white inmates who did not have to push a cart. My catheter began falling
   continued: sp. page

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   Constant Blood in my urine from November 17th 2021 to December 8th 2021
   Blood coming out of my mouth when I spit from 11/17/21 to 11/22/21
   Pain in abdominal area when I stand longer than 20 minutes. Not sleeping out of fear I may lose my release date for filing this suit. Constant Retaliation.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____
   _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

DSD 01-11                    **CIVIL RIGHTS COMPLAINT**                    Page 6 of 7
                                                                          Pg 6 OF 8

Count III  : Unit Manager Sasha Labrenz:

My catheter began falling out and by the time I pushed the cart to the Lloyd unit, blood covered my genital area and blood was significant in my urine again.  I emailed the Nurse immediately to see the Doctor to inform him of the Bleeding a nd that I had blood in my urine. I never received  a response.

## COUNT III ~~III~~ (4)

1.  The following constitutional or other federal right has been violated by the Defendant(s): _____
    FPC Yankton Warden: K. Bennett _____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)  ☐ Medical care    ☐ Access to the court   ☐ Mail
    ☐ Disciplinary proceedings   ☐ Retaliation      ☐ Exercise of religion  ☐ Property
    ☐ Excessive force by an officer  ☒ Threat to safety   ☐ Other: _____

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
    Warden Bennet from FPC Yankton is negligent for ignoring her responsibilities for the safety of the inmates like myself and others. My circumstances, my complaints, my remedies were all ignored by her and her staff. Warden Bennett failed her supervisory role and duties to monitor staff misconduct, managment, as well as ignoring the retaliation by staff against inmates rights. Her lack of managing the facility properly is apparent, along with proper supervision, over staff, and holding staff accountable for improper behavior and misconduct. I was told to file a sensitive BP-10 to the Regional Office outside the Wardens notice, because my complaints constantly went ignored by the Warden. The Warden allows and enforces daily retaliation among the staff against the inmates who file complaints.

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    Bladder Damage Required 2-3 Surgeries, Mental Health Breakdown, and Bladder had 1700 ML of old Urine removed.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                     ✓☒ Yes ☐ No
    b.  Did you submit a request for administrative relief on Count III?       ✓☒ Yes ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level? ✓☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## D.  REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

I am asking this Court to Sanction and Correct the issues with the Medical Staff here at FPC Yankton, due to their gross negligence of their duty to ensure the safe keeping and health of the inmates housed here at FPC Yankton.

Plaintiff is seeking monetary damages of $250,000, requesting outside medical treatment at the BOP's expense, treatment, outside mental health Counseling as a result of the trauma, and administration of improper prescriptions, and malpratice claims enforced against the staff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 10th 2021_

DATE

_[signature]_

SIGNATURE OF PLAINTIFF

_Donald Omar Fazel_

(Name and title or paralegal, legal assistant, or other person who helped prepare this complaint)

Donald Omar Fazel Pro Se Litigant

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach additional pages.  The form, however, must be completely filled in to the extent applicable.

DONALD O. FAZEL
YANKTON FPC
P.O. BOX 700
YANKTON, SD 57078
REG. #34996-080



⇔34996-080⇔
Us Dist Court Sd
400 S Phillips AVE
ROOM 128
Sioux Falls, SD 57104
United States

LEGAL
MAIL



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

PITNEY BOWES

02 1P          $ 000.00⁰
0001127203    DEC 10 2021
MAILED FROM ZIP CODE 57078



FEDERAL PRISON CAMP
P.O. BOX 680    12-10-2021
YANKTON, SD 57078  DATE: _____
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESS,
PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.